## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

WILLIAM J. SMITH                                                                                          PLAINTIFF

v.                                       No. 3:04CV00104 JLH

STEEL RELATED TECHNOLOGY, LLC                                                          DEFENDANT

### ORDER OF DISMISSAL

Plaintiff's motion for voluntary nonsuit (Docket #17) is GRANTED. This action is dismissed without prejudice.

IT IS SO ORDERED this  28th  day of September, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE